■ In the Matter of HARRY HOFFER, a Disbarred Attorney, for Reinstatement.—Motion granted, the Hearing Panel's recommendation confirmed and petitioner reinstated as an attorney and counselor-at-law in the State of New York immediately. Concur—Murphy, P. J., Sullivan, Milonas, Kupferman and Kassal, JJ.

(December 15, 1992)

■ In the Matter of the Estate of BARNIE BRODY, Deceased. ARNOLD K. BRODY et al., Appellants; CLIFFORD L. BRODY et al., Appellants.—Decree, Surrogate's Court, New York County (Renee Roth, S.), entered on or about July 30, 1991, unanimously affirmed for the reasons stated by Roth, S., without costs and without disbursements. No opinion. Concur—Murphy, P. J., Ellerin, Kupferman, Kassal and Rubin, JJ.